UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR.,<br><br>        Petitioner,<br><br>     v.<br><br>RIVERSIDE SUPERIOR COURT,<br><br>        Respondent. | Case No. 5:25-cv-00449-PA-JC<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"), the parties' submissions in connection with Petitioner's Motion Entering a Default Judgment ("Motion for Default Judgment"), Request for the Clerk to Enter Default ("Motion for Entry of Default"), Motion Objecting to the Attorney General's Notice of Appearance ("Objections") and Respondent's Motion to Dismiss the Petition ("Motion to Dismiss"), and all of the records herein, including the September 3, 2025 Report and Recommendation of United States Magistrate Judge ("Report and Recommendation") and Petitioner's Objections to the Report and Recommendation.  The Court has further conducted a *de novo* review of those portions of the Report and Recommendation to which

objection is made.  The Court concurs with and accepts the findings, conclusions, and recommendations of the United States Magistrate Judge and overrules the Objections.

IT IS HEREBY ORDERED that the Motion for Default Judgment, Motion for Entry of Default, and Objections are denied, the Motion to Dismiss is granted, and the Petition and this action are dismissed because the Petition raises a non-cognizable claim and is second or successive such that this Court lacks jurisdiction to consider it without authorization of the United States Court of Appeals for the Ninth Circuit, which Petitioner has not been obtained.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Report and Recommendation, and the Judgment herein on Petitioner and counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: October 28, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE