**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY A. JONES, JR., | ) Case No. 5:25-cv-00449-PA-JC |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| RIVERSIDE SUPERIOR COURT, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to U.S.C. § 2254 and this action are dismissed.

IT IS SO ADJUDGED.

DATED: October 28, 2025

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE